UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:16-cv-20448-GAYLES

ARCPE 1, LLC, a Florida
limited liability company,

  Plaintiff,

v.

NATIONSTAR MORTGAGE LLC,
a Delaware limited liability company,

  Defendant.
_____/

## AMENDED COMPLAINT

  Plaintiff sues Defendant and alleges:

  1. This is an action for damages in excess of $15,000.00 and is within the jurisdiction of this Court.

  2. Plaintiff, ARCPE 1, LLC ("ARCPE"), is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida.

  3. Defendant, NATIONSTAR MORTGAGE, LLC ("Nationstar"), is a Delaware limited liability company conducting business in Miami-Dade County, Florida.

  4. Venue is proper in Miami-Dade County, Florida, on the grounds that the transactions, events and causes of action accrued in Miami-Dade County, Florida and the Defendant maintains offices and/or conduct business in Miami-Dade County, Florida.

  5. All conditions precedent to the filing of this action have been performed, have occurred, or have been waived.

6. On March 21, 2003, James F. Higginbotham and Sherry L. Higginbotham executed and delivered a Note ("Note") to Homecomings Financial Network, Inc. in the principal amount of $306,000.00. A true and correct copy of the Note is attached as **Exhibit "A."**

7. On March 21, 2003, James F. Higginbotham and Sherry L. Higginbotham executed and delivered a Mortgage ("Mortgage") to Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Homecomings Financial Network, Inc., which was recorded in Official Records Book 1814, Page 4814, of the Public Records of Manatee County, Florida. A true and correct copy of the Mortgage is attached **Exhibit "B."**

8. The Mortgage secured the amounts due under the Note and encumbered certain real property ("Property") more particularly described therein located in Manatee County, Florida and owned by James F. Higginbotham and Sherry L. Higginbotham.

9. On or about November 19, 2007, MERS assigned the Mortgage to GMAC Mortgage, LLC ("Assignment 1"), thereby assigning all rights, title and interest in and to the Note and Mortgage. Assignment 1 was recorded in Official Records Book 2236, Page 3731, of the Public Records of Manatee County, Florida. A true and correct copy of Assignment 1 is attached as **Exhibit "C."**

10. On or about May 20, 2010, GMAC Mortgage, LLC executed an Assignment of Mortgage to Nationstar ("Assignment 2"), thereby assigning all rights, title and interest in the Note and Mortgage. Assignment 2 was recorded in Official Records Book 2344, Page 3172, of the Public Records of Manatee County, Florida. A true and correct copy of Assignment 2 is attached as **Exhibit "D."**

11. On or about August 9, 2011, Nationstar executed an Assignment of Mortgage to Roundpoint Mortgage Servicing Corporation ("Roundpoint")("Assignment 3"), thereby assigning all rights, title and interest in the Note and Mortgage. Assignment 3 was recorded in Official Records Book 2392, Page 7814, of the Public Records of Manatee County, Florida. A true and correct copy of Assignment 3 is attached as **Exhibit "E."**

12. On or about August 9, 2013, despite having already sold and assigned the Note and Mortgage, Nationstar filed an action to foreclose the Mortgage ("Foreclosure Action").

13. On March 11, 2014, Nationstar obtained a final judgment of foreclosure in the Foreclosure Action.

14. A foreclosure sale took place in the Foreclosure Action.

15. On May 2, 2014, a Certificate of Title to the property secured by the Mortgage was issued in the name of Federal National Mortgage Association. The Certificate of Title was recorded in Official Records Book 2519, Page 2892, of the Public Records of Manatee County, Florida. A true and correct copy of the Certificate of Title is attached as **Exhibit "F."**

16. On or about May 19, 2015, Federal National Mortgage Association sold the property secured by the Mortgage to Susan R. Grainger and Wesley R. Grainger.

17. On August 11, 2015, ARCPE 1, LLC purchased the Note and Mortgage from Roundpoint.

18. Roundpoint executed an Allonge to Note endorsing the Note to ARCPE 1, LLC. A true and correct copy of the Allonge is attached hereto as **Exhibit "G."**

19. Roundpoint executed an Assignment of Mortgage and Other Loan Documents to ARCPE 1, LLC ("Assignment 4"), assigning all rights, title and interest in the Note and

Mortgage. To ARCPE 1, LLC.  A true and correct copy of Assignment 4 is attached hereto as **Exhibit "H."**

20. At the time Nationstar filed the Foreclosure Action, it did not own the Note or Mortgage. Consequently, it did not have the right to file the Foreclosure Action.

21. At all times during the Foreclosure Action, Roundpoint owned the Note and Mortgage.

22. ARCPE 1, LLC, as the assignee of Roundpoint, owns all rights, title and interest in and to, and is the lawful owner and holder of, the Note and Mortgage.

23. Nationstar wrongfully converted to its own use the Note and Mortgage that was then the property of Roundpoint and subsequently sold to ARCPE.

24. As a direct and proximate result of the conversion by Nationstar, ARCPE 1, LLC has sustained damages.

WHEREFORE, Plaintiff, ARCPE 1, LLC, demands judgment against Defendant, NATIONSTAR MORTGAGE, LLC, for damages, prejudgment and post judgment interest, costs and for such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 1st day of April, 2016, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system which will automatically send a copy to all counsel of record registered on the CM/ECF system.

PIEDRA & ASSOCIATES, P.A.
201 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134
Telephone:  (305) 448-7064
Primary:    service@piedralaw.com
Secondary:  jkoss@piedralaw.com

BY: _____
JEREMY A. KOSS, ESQUIRE
Florida Bar No. 612900

4